IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GINA MARIE CROTTEAU,

                      Plaintiff,              ORDER

v.

                                              14-cv-652-jdp

ST. COLETTA OF WISCONSIN,

                      Defendant.

Plaintiff Gina Marie Crotteau has filed a proposed civil complaint alleging that she was wrongfully terminated from her employment with St. Coletta of Wisconsin. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915.

To determine whether a plaintiff is indigent for purposes of prepaying the filing fee, the court makes the following calculation. From plaintiff's annual gross income, the court subtracts $3,700 for each dependent, excluding the plaintiff. If the balance is less than $16,000, plaintiff may proceed without any prepayment of fees and costs; if the balance is greater than $16,000 but less than $32,000, plaintiff must prepay half the fees and costs. If the balance is more than $32,000, plaintiff must pay the $400 filing fee. Substantial assets or debts require individual consideration.

From plaintiff's affidavit of indigency, I find that plaintiff has a monthly household income of $3,780. Plaintiff has four dependents, so the relevant total yearly income is $30,560. Plaintiff has no other substantial debts or assets that require consideration. Accordingly, plaintiff must prepay $175, or half of the filing fee, for commencing this action

IT IS ORDERED that plaintiff Gina Marie Crotteau's petition for leave to proceed without prepayment of the filing fee is GRANTED IN PART. Plaintiff must pay $175, or

1

half of the filing fee, no later than October 27, 2014. If plaintiff fails to do so, this action may be dismissed for failure to prosecute. Upon receipt of plaintiff's payment, the complaint will be taken under advisement for screening pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff will be notified promptly when a screening decision has been made.

Entered this 29th day of September, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

2