IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GINA MARIE CROTTEAU,

    Plaintiff,

v.

ST. COLETTA of WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-652-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor of St. Coletta of Wisconsin and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

8/3/2016

Date